# CONSENT TO BECOME A PARTY PLAINTIFF

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

September 25, 2010
Date

Christopher W. Baldwin
Signature

Christopher Baldwin
Print Name

[redacted]
Address

[redacted]
City, State and Zip Code

[redacted]
Telephone number

[redacted]
Email address

[redacted]

## CONSENT TO BECOME A PARTY PLAINTIFF

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

9-27-2010
Date

David W. Hill
Signature

David W. Hill
Print Name

[redacted]
Address

[redacted]
City, State and Zip Code

[redacted]
Telephone number

[redacted]
Email address

# CONSENT TO BECOME A PARTY PLAINTIFF

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

9-25-10
Date

[signature]
Signature

Roger E Gollinger
Print Name

[redacted]
Address

[redacted]
City, State and Zip Code

[redacted]
Telephone number

Email address

# CONSENT TO BECOME A PARTY PLAINTIFF

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

9-25-10

Date

Stephen F Fleury

Signature

STephen F. FLeuRy

Print Name

[redacted]

Address

[redacted]

City, State and Zip Code

[redacted]

Telephone number

[redacted]

Email address

## CONSENT TO BECOME A PARTY PLAINTIFF

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

September 25, 2010
Date

Robert G Carvill
Signature

Robert G. Carvill
Print Name

[redacted]
Address

[redacted]
City, State and Zip Code

[redacted]
Telephone number

[redacted]
Email address

**CONSENT TO BECOME A PARTY PLAINTIFF**

I hereby consent to be a party plaintiff, under 29 U.S.C. § 216(b), in order to seek redress for alleged violations of the Fair Labor Standards Act by Alcoa Inc. ("Alcoa"), specifically the failure of Alcoa to pay employees in the ingot and/or pot room departments at the Alcoa Massena West facility for the time spent putting on and/or taking off Personal Protective Equipment ("PPE").

By signing and returning this Consent, I hereby certify that I currently work or have worked for Alcoa Inc. at its Massena West facility and that I perform or performed work involving molten metal processing in the Massena West ingot and/or pot room departments within three years of September 15, 2007.

I authorize the filing of this Consent and hereby designate Locks Law Firm PLLC, Klafter Olsen & Lesser LLP and Wallace & Graham to represent me in the suit. I understand and acknowledge that I may, instead of sending this Consent, hire an attorney of my own choosing to represent me.

9-25-10

Date

Gordon N. Cameron

Signature

Gordon N. Cameron

Print Name

[redacted]

Address

[redacted]

City, State and Zip Code

[redacted]

Telephone number

Email address