# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

DALE B. ADAMS, Individually and on behalf
of all other persons similarly situated

          Plaintiffs

vs.               CASE NUMBER: 7:07-CV-1291
                         (GHL)

ALCOA, INC.
          Defendant

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Alcoa, Inc's motion for summary judgment is GRANTED.  Judgment is hereby entered in favor of the defendant.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Magistrate Judge George H. Lowe, dated the 27th day of September, 2011.

DATED: September 28, 2011

                     *[signature]*
                     Clerk of Court

                     s/ Melissa Ennis
                     Melissa Ennis
                     Deputy Clerk